Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11150−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard T. Huesser
   aka Richard Thomas Huesser
   1401 Peden Avenue
   West Deptford, NJ 08093

Social Security No.:
   xxx−xx−9325

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/25/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 25, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard T. Huesser  
       Debtor

Case No. 25-11150-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 3  
Date Rcvd: Feb 25, 2025        Form ID: 148        Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Huesser, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520541380 | | DiMarino Kroop Prieto GI Associates PA, 26 East Red Bank Avenue, Woodbury, NJ 08096-1611 |
| 520541382 | + | Gloucester County Probation, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 520541383 | + | Gloucester County Prosecutor's Office, 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 520541390 | + | Limosa, LLC, 3611 South Harbor Boulevard, #100, Santa Ana, CA 92704-7915 |
| 520542003 | + | Nancy Molina, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520542004 | + | Terri Fisherkeller, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520542005 | + | Victoria Rudnicki, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520541374 | | EDI: MAXMSAIDV | Feb 26 2025 01:45:00 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520541375 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 21:14:18 | Ashley Funding Services, LLC, 355 South Main Street, Suite 300-A, Greenville, SC 29601-2923 |
| 520541376 | | EDI: CAPITALONE.COM | Feb 26 2025 01:45:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520541376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 21:14:31 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520541377 | + | EDI: AISACG.COM | Feb 26 2025 01:45:00 | Capital One Auto Finance, PO Box 165028, Irving, TX 75016-5028 |
| 520541377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 21:14:59 | Capital One Auto Finance, PO Box 165028, Irving, TX 75016-5028 |
| 520548359 | + | EDI: AIS.COM | Feb 26 2025 01:45:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520548359 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 21:15:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520541378 | | EDI: PHINGENESIS | Feb 26 2025 01:45:00 | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 520541379 | + | EDI: CCS.COM | Feb 26 2025 01:45:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520541381 | | EDI: AMINFOFP.COM | Feb 26 2025 01:45:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD |

Case 25-11150-ABA    Doc 11    Filed 02/27/25    Entered 02/28/25 00:14:14    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 148 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-5519 |
| 520541381 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2025 21:29:17 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520541384 | | EDI: IRS.COM | Feb 26 2025 01:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520541385 | | EDI: JEFFERSONCAP.COM | Feb 26 2025 01:45:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520541386 | ^ | MEBN | Feb 25 2025 20:53:52 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520541387 | | Email/Text: govtaudits@labcorp.com | Feb 25 2025 21:02:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520541389 | | Email/Text: LibertySOP@cscglobal.com | Feb 25 2025 21:02:00 | Liberty Mutual Insurance Co, 175 Berkeley Street, Boston, MA 02116 |
| 520541388 | ^ | MEBN | Feb 25 2025 20:54:30 | Land Home Financial Services, Inc., 3611 South Harbor Boulevard, Suite 100, Santa Ana, CA 92704-7915 |
| 520541391 | + | EDI: PHINGENESIS | Feb 26 2025 01:45:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520541392 | | EDI: MAXMSAIDV | Feb 26 2025 01:45:00 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520541394 | + | Email/Text: bankruptcy@pseg.com | Feb 25 2025 21:02:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 520541393 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Feb 25 2025 21:02:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 520541395 | | EDI: Q3G.COM | Feb 26 2025 01:45:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520548146 | | EDI: Q3G.COM | Feb 26 2025 01:45:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520541396 | + | Email/Text: ngisupport@radiusgs.com | Feb 25 2025 21:02:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 520541397 | ^ | MEBN | Feb 25 2025 20:54:11 | Receivable Management Services, LLC, 12755 Highway 55, Suite 300, Plymouth, MN 55441-4676 |
| 520541398 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 21:47:29 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520541399 | + | Email/Text: jcissell@bankofmissouri.com | Feb 25 2025 21:03:00 | The Bank of Missouri, 216 West 2nd Street, Dixon, MO 65459-8048 |
| 520541400 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 25 2025 21:03:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 520541401 | | Email/Text: EDBKNotices@ecmc.org | Feb 25 2025 21:02:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520541402 | + | EDI: VERIZONCOMB.COM | Feb 26 2025 01:45:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 520541402 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 25 2025 21:02:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 25, 2025 | Form ID: 148 | Total Noticed: 37 |

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2025              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Richard T. Huesser roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4