Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  25−11150−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard T. Huesser
   aka Richard Thomas Huesser
   1401 Peden Avenue
   West Deptford, NJ 08093

Social Security No.:
   xxx−xx−9325

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                5/14/25
Time:              10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 1, 2025
JAN: har

                                                Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Richard T. Huesser  
    Debtor

Case No. 25-11150-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3  
Date Rcvd: Apr 01, 2025  Form ID: 132  Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Huesser, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520541380 | | DiMarino Kroop Prieto GI Associates PA, 26 East Red Bank Avenue, Woodbury, NJ 08096-1611 |
| 520541382 | + | Gloucester County Probation, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 520541383 | + | Gloucester County Prosecutor's Office, 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 520541390 | + | Limosa, LLC, 3611 South Harbor Boulevard, #100, Santa Ana, CA 92704-7915 |
| 520542003 | + | Nancy Molina, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520542004 | + | Terri Fisherkeller, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520542005 | + | Victoria Rudnicki, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2025 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2025 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520541374 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 01 2025 22:03:09 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520541375 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2025 21:39:14 | Ashley Funding Services, LLC, 355 South Main Street, Suite 300-A, Greenville, SC 29601-2923 |
| 520541376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2025 21:52:41 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520541377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 01 2025 21:52:41 | Capital One Auto Finance, PO Box 165028, Irving, TX 75016-5028 |
| 520548359 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 01 2025 21:51:12 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520541378 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 01 2025 21:43:00 | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 520541379 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 01 2025 21:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520541381 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 01 2025 21:52:33 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520541384 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2025 21:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520541385 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 01 2025 21:42:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520541386 | ^ | MEBN | Apr 01 2025 21:29:36 | KML Law Group, PC, 701 Market Street, Suite |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | 5000, Philadelphia, PA 19106-1541 |
| 520541387 | Email/Text: govtaudits@labcorp.com | Apr 01 2025 21:41:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520541389 | Email/Text: LibertySOP@cscglobal.com | Apr 01 2025 21:41:00 | Liberty Mutual Insurance Co, 175 Berkeley Street, Boston, MA 02116 |
| 520541388 | ^ MEBN | Apr 01 2025 21:32:34 | Land Home Financial Services, Inc., 3611 South Harbor Boulevard, Suite 100, Santa Ana, CA 92704-7915 |
| 520541391 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 01 2025 21:43:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520541392 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 01 2025 21:39:07 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520541394 | + Email/Text: bankruptcy@pseg.com | Apr 01 2025 21:41:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 520541393 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 01 2025 21:41:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 520541395 | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2025 21:42:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520548146 | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2025 21:42:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520541396 | + Email/Text: ngisupport@radiusgs.com | Apr 01 2025 21:41:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 520541397 | ^ MEBN | Apr 01 2025 21:29:44 | Receivable Management Services, LLC, 12755 Highway 55, Suite 300, Plymouth, MN 55441-4676 |
| 520541398 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2025 21:40:13 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520541399 | + Email/Text: jcissell@bankofmissouri.com | Apr 01 2025 21:42:00 | The Bank of Missouri, 216 West 2nd Street, Dixon, MO 65459-8048 |
| 520541400 | + Email/Text: bankruptcydepartment@tsico.com | Apr 01 2025 21:43:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 520541401 | Email/Text: EDBKNotices@ecmc.org | Apr 01 2025 21:41:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520541402 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 01 2025 21:40:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 01, 2025 | Form ID: 132 | Total Noticed: 37

Date: Apr 03, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Richard T. Huesser roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4