Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

         Case No.:  25−11150−ABA
         Chapter:  13
         Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Richard T. Huesser
 aka Richard Thomas Huesser
 1401 Peden Avenue
 West Deptford, NJ 08093

Social Security No.:
 xxx−xx−9325

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

  Notice is hereby given that an order vacating dismissal of this case was entered on 4/1/25. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

  The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: April 1, 2025
JAN: har

                     Jeanne Naughton
                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-11150-ABA

Richard T. Huesser  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Apr 01, 2025  Form ID: ntcrics  Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Huesser, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520541380 | | DiMarino Kroop Prieto GI Associates PA, 26 East Red Bank Avenue, Woodbury, NJ 08096-1611 |
| 520541382 | + | Gloucester County Probation, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 520541383 | + | Gloucester County Prosecutor's Office, 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 520541390 | + | Limosa, LLC, 3611 South Harbor Boulevard, #100, Santa Ana, CA 92704-7915 |
| 520542003 | + | Nancy Molina, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520542004 | + | Terri Fisherkeller, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520542005 | + | Victoria Rudnicki, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2025 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2025 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520541374 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 01 2025 21:51:27 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520541375 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2025 22:03:05 | Ashley Funding Services, LLC, 355 South Main Street, Suite 300-A, Greenville, SC 29601-2923 |
| 520541376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2025 21:39:33 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520541377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 01 2025 21:51:12 | Capital One Auto Finance, PO Box 165028, Irving, TX 75016-5028 |
| 520548359 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 01 2025 21:51:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520541378 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 01 2025 21:43:00 | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 520541379 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 01 2025 21:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520541381 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 01 2025 21:51:18 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520541384 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2025 21:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520541385 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 01 2025 21:42:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520541386 | ^ | MEBN | Apr 01 2025 21:29:40 | KML Law Group, PC, 701 Market Street, Suite |

| Recipient ID | Code | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 5000, Philadelphia, PA 19106-1541 |
| 520541387 | | Email/Text: govtaudits@labcorp.com | Apr 01 2025 21:41:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520541389 | | Email/Text: LibertySOP@cscglobal.com | Apr 01 2025 21:41:00 | Liberty Mutual Insurance Co, 175 Berkeley Street, Boston, MA 02116 |
| 520541388 | ^ | MEBN | Apr 01 2025 21:32:34 | Land Home Financial Services, Inc., 3611 South Harbor Boulevard, Suite 100, Santa Ana, CA 92704-7915 |
| 520541391 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 01 2025 21:43:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520541392 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 01 2025 21:52:41 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520541394 | + | Email/Text: bankruptcy@pseg.com | Apr 01 2025 21:41:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 520541393 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 01 2025 21:41:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 520541395 | | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2025 21:42:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520548146 | | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2025 21:42:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520541396 | + | Email/Text: ngisupport@radiusgs.com | Apr 01 2025 21:41:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 520541397 | ^ | MEBN | Apr 01 2025 21:29:44 | Receivable Management Services, LLC, 12755 Highway 55, Suite 300, Plymouth, MN 55441-4676 |
| 520541398 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2025 21:52:18 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520541399 | + | Email/Text: jcissell@bankofmissouri.com | Apr 01 2025 21:42:00 | The Bank of Missouri, 216 West 2nd Street, Dixon, MO 65459-8048 |
| 520541400 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 01 2025 21:43:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 520541401 | | Email/Text: EDBKNotices@ecmc.org | Apr 01 2025 21:41:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520541402 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 01 2025 21:40:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 01, 2025 | Form ID: ntcrics | Total Noticed: 37 |

Date: Apr 03, 2025                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Andrew B Finberg
ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Rex J. Roldan
on behalf of Debtor Richard T. Huesser roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4