Certificate Number: 17082-NJ-DE-039599668

Bankruptcy Case Number: 25-11150



17082-NJ-DE-039599668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2025, at 7:57 o'clock PM MST, RICHARD T HUESSER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    April 27, 2025                    By:    /s/Orsolya K Lazar

                                           Name:  Orsolya K Lazar

                                           Title: Executive Director