UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WALDMAN & KAPLAN, P.A.
By: Farha Ahmed, Esquire
174 Nassau Street, Suite 313
Princeton, NJ 08542
PO BOX 5162 Largo FL 33779
Telephone: 884-899-4162
Facsimile: 884-882-4703
Attorneys for Secured Creditor: Kingdom RCG Evergreen Fund Series I, LLC

In Re:

Richard T. Huesser,
    Debtor.

Case No.: __25-11150-ABA__

Chapter: __13__

Judge: __Andrew B. Altenburg Jr.__

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of   Kingdom RCG Evergreen Fund Series I, LLC   . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  174 Nassau Street, Suite 313
Princeton, NJ 08542

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 5/21/25

/s/ Farha Ahmed
Signature

*new.8/1/15*