UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                       CASE NO.: 25-11150
                                                                   CHAPTER 13

Richard T. Huesser,
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                               Attorney for Secured Creditor
                               130 Clinton Rd #202
                               Fairfield, NJ 07004
                               Telephone: 470-321-7112
                               Facsimile: 404-393-1425

                               By: /s/Vincent Aprile
                                   Vincent Aprile
                                   Email: vaprile@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RICHARD T. HUESSER
1401 PEDEN AVENUE
WEST DEPTFORD, NJ 08093

And via electronic mail to:

REX J. ROLDAN
LAW OFFICE OF REX J. ROLDAN, PC
WASHINGTON PROFESSIONAL CAMPUS,900 ROUTE 168, SUITE I-4
TURNERSVILLE, NJ 08012

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE, 535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE, ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill