UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# LAW OFFICES OF REX J. ROLDAN
*A Professional Corporation*
WASHINGTON PROFESSIONAL CAMPUS
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NEW JERSEY 08012

REX J. ROLDAN
MEMBER OF NJ AND PA BARS

(856) 232-1425
FAX (856) 232-1025
E-MAIL: ROLDANLAW@COMCAST.NET

OUR FILE NO.: 4661RR

September 11, 2025

Township of West Deptford
Tax Collector's Office
400 Crown Point Road
Thorofare, NJ 08086

      RE:    Richard T. Huesser
               Chapter 13 Case No.: 25-11150 (ABA)

Dear Sir/Madam:

      Please be advised that I represent the debtor, Richard T. Huesser, in the above-referenced matter. Pursuant to the Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors (copy enclosed) entered by the Honorable Andrew B. Altenburg, Jr., U.S.B.J., enclosed please find the following:

    a.)    Amended Schedule D;
    b)    Notice of Chapter Bankruptcy Case;
    c)    Notice of Hearing on Confirmation of Plan; and
    d)    Chapter 13 Plan and Motions.

Thank you for your attention to this matter.

Very truly yours,

Rex J. Roldan

RJR:amr
Enclosures

C:\Legal\bank\4661rr\wdeptford250911.wpd