**LAW OFFICES OF REX J. ROLDAN, P.C.**
Rex J. Roldan, Esquire (Attorney ID#: 017621993)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425  Fax (856) 232-1025
Email: roldanlaw@comcast.net
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>RICHARD T. HUESSER,<br><br>Debtor | Case No.: 25-11150 (ABA)<br><br>Chapter 13 |

### CERTIFICATION IN OPPOSITION TO FINAL ADJOURNMENT ORDER

REX J. ROLDAN, ESQUIRE, of full age, hereby certifies as follows:

1. I am counsel for the debtor, Richard T. Huesser, in the above-captioned Chapter 13 case. I have competent knowledge of the matters set forth herein and make this Certification in Opposition to the Final Adjournment Order entered by the Honorable Andrew B. Altenburg, Jr., U.S.B.J. on August 27, 2025.

2. The Internal Revenue Service ("IRS") filed a Proof of Claim in this matter on or about March 14, 2025. Said claim estimated that debtor owed $500.00 in taxes for 2024. Debtor timely filed his 2024 federal income tax return, and a copy of said return was uploaded to the Chapter 13 Trustee's document site on August 26, 2025.

3. On September 4, 2025, I sent another copy via email of the 2024 federal income tax return to Mary McGauley-Ford, Bankruptcy Specialist for the IRS, and the person who filed the IRS' Proof of Claim.

4. To date, I have not received any communication from Ms. Ford nor has the IRS' Proof of Claim been amended.

5. With respect to the objection to confirmation filed by RCG Evergreen Fund, it is my understanding that RCG Evergreen's claim was recently transferred to US Bank Trust National Association ("US Bank"). It is my further understanding that Vincent Aprile, Esquire of Robertson, Anschutz, Schneid, Crane & Partners PLLC represents US Bank.

On September 18, 2025, I sent an email to Mr. Aprile to discuss resolution of the predecessor entity's objection to confirmation and am hopeful that this issue can indeed be resolved before the confirmation date.

6. With respect to the potential claim from Gloucester County Probation, attached is a print-out of text messages between Mr. Huesser's probation officer along with receipts indicating that any debt to Probation was paid off.

7. Proof of Mr. Huesser's homeowner's insurance coverage was uploaded to the Trustee's documents site on September 4, 2025.

8. On August 25, 2025, an email was sent to Jennie Archer of the Chapter 13 Trustee's office explaining that Mr. Huesser has no relationship other than as lessor of rooms to the three (3) individuals who are living in his home.

9. Finally, Mr. Huesser's email address is rick1401@aol.com.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 1, 2025

    /s/ Rex J. Roldan
REX J. ROLDAN, Esquire
Counsel for Debtor, Richard T. Huesser



**Gina**

Text Message • SMS
Tue, Mar 11 at 12:35 PM

Congratulations you were approved. Judge signed off on your order.

I emailed you instructions for expungement too

Send your bail bondsman my email

I have no bail bondsman I paid out of pocket

You said they need paperwork? I'm confused.

The guy at the finance window at the court house

Ok he has it then

Ok ty so much

Probation paid off Receipts.

```
SUPERIOR COURT OF NJ
    VICINAGE XV
 DIVISION OF FINANCE
 GLOUCESTER COUNTY

REG  02-20-2025(THU) 01:
ANNA          REGO

HUESSER RICHARD
H 57508
PROBATION SUPT    $1,874.50
   TL     $1,874.50
CASH PROB         $1,874.50


      OFFICE HOURS
      MONDAY-    AY
      8:30 a.    .30 p.m.
      THANK  YOU
```

```
   SUPERIOR COURT OF NJ
       VICINAGE XV
   DIVISION OF FINANCE
   GLOUCESTER COUNTY .

REG  02-20-2025(THU) 03:02 PM
STEFANEE     REG01    0988

H-57508
PROBATION SUPT        $2. 0
   TL              $2.00
CASH PROB          $20.00
CG                 $18.00

       OFFICE HOURS
      MONDAY-FRIDAY
    8:30 a.m- 4:30 p.m.
      THANK YOU
```

```
COUNTY OF GLOUCESTER      DEPT OF PROBATI
ON
DATE:   2/20/2025         TIME:  13:55

RECEIPT NUMBER: 000335799   CASHIER: JUH
DAG1

CLIENT NAME: HUESSER, RICHARD T
CLIENT ID:   H-0057508

TOTAL PAID:       2.00    CASH

APPLIED TO BALANCE:       2.00
TRANSACTION FEE:           .00
OTHER FEES:                .00

REMAINING BALANCE:         .00
```

```
COUNTY OF GLOUCESTER      DEPT OF PROBATI
ON
DATE:   2/20/2025         TIME:  12:10

RECEIPT NUMBER: 000335796   CASHIER: JUH
CRED

CLIENT NAME: HUESSER, RICHARD T
CLIENT ID:   H-0057508

TOTAL PAID:    1874.50    CASH

APPLIED TO BALANCE:    1872.50
TRANSACTION FEE:          2.00
OTHER FEES:                .00

REMAINING BALANCE:        2.00
```