| | |
|---|---|
| **UNITED STATS BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Attorneys for the Secured Creditor<br><br>Vincent A. Aprile (512012025) | Order Filed on October 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Richard T. Huesser<br>aka Richard Thomas Huesser<br>               Debtor | Case Number    25-11150-ABA<br>Chapter    13<br>Hearing Date    October 8, 2025<br>Honorable    Andrew B. Altenburg Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
In re: Richard T. Huesser\\ 25-11150-ABA
Order Resolving Secured Creditor's Objection to Confirmation

Secured Creditor: Kingdom RCG Evergreen Fund Series I, LLC

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Rex J. Roldan, Esquire

Property Involved ("Subject Property"): 1401 Peden Ave West Deptford, NJ 08093

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.
2. Secured Creditor filed its objection to Confirmation of Debtor's Chapter 13 Plan on May 21, 2025, docket number 24.
3. In accordance with Secured Creditor's timely-filed Proof of Claim, Claim No.8-1, the Debtor's pre-petition arrears are $89,761.64
4. The Debtor acknowledges the pre-petition arrearages as stated above.
5. Debtor shall pay pre-petition arrears as set forth in the Proof of Claim through their Chapter 13 Plan or any modified Plan subject to Debtors' right to object to the filed Proof of Claim.
6. Debtor shall make post-petition payments in accordance with the terms of the note and mortgage, subject to periodic adjustment pursuant to Fed. R. Bankr. P. 3002.1.
7. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.
8. Pursuant to D.N.J. LBR 3007-1(b), the Debtor must file any objection to the claim of the Secured Creditor no later than 60 days after the entry of the ordering confirming Plan.
9. This Order in no way alters, amends, or invalidates any applicable bankruptcy remedies afforded to either the Debtors or Secured Creditor.
10. In consideration of the above the Secured Creditor's objection is resolved.