| | |
|---|---|
| **UNITED STATS BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone: 973-575-0707 <br> Attorneys for the Secured Creditor <br><br> Vincent A. Aprile (512012025) | Order Filed on October 8, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| **In Re:** <br><br> Richard T. Huesser <br> aka Richard Thomas Huesser <br>             Debtor | Case Number    25-11150-ABA <br> Chapter    13 <br> Hearing Date    October 8, 2025 <br> Honorable    Andrew B. Altenburg Jr. |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2025**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
In re: Richard T. Huesser\\ 25-11150-ABA
Order Resolving Secured Creditor's Objection to Confirmation

Secured Creditor: Kingdom RCG Evergreen Fund Series I, LLC

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Rex J. Roldan, Esquire

Property Involved ("Subject Property"): 1401 Peden Ave West Deptford, NJ 08093

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. Secured Creditor filed its objection to Confirmation of Debtor's Chapter 13 Plan on May 21, 2025, docket number 24.

3. In accordance with Secured Creditor's timely-filed Proof of Claim, Claim No.8-1, the Debtor's pre-petition arrears are $89,761.64

4. The Debtor acknowledges the pre-petition arrearages as stated above.

5. Debtor shall pay pre-petition arrears as set forth in the Proof of Claim through their Chapter 13 Plan or any modified Plan subject to Debtors' right to object to the filed Proof of Claim.

6. Debtor shall make post-petition payments in accordance with the terms of the note and mortgage, subject to periodic adjustment pursuant to Fed. R. Bankr. P. 3002.1.

7. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

8. Pursuant to D.N.J. LBR 3007-1(b), the Debtor must file any objection to the claim of the Secured Creditor no later than 60 days after the entry of the ordering confirming Plan.

9. This Order in no way alters, amends, or invalidates any applicable bankruptcy remedies afforded to either the Debtors or Secured Creditor.

10. In consideration of the above the Secured Creditor's objection is resolved.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11150-ABA |
| Richard T. Huesser | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 08, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Huesser, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Farha Ahmed | on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC farha@dwaldmanlaw.com |
| Levi Chaimowitz | on behalf of Creditor U.S. Bank Trust National Association chamo549@gmail.com |
| Rex J. Roldan | on behalf of Debtor Richard T. Huesser roldanlaw@comcast.net  roldanlaw1@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 08, 2025 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent Aprile
    on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC vaprile@raslg.com

Vincent Aprile
    on behalf of Creditor U.S. Bank Trust National Association vaprile@raslg.com

TOTAL: 9