Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−11150−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richard T. Huesser
    aka Richard Thomas Huesser
    1401 Peden Avenue
    West Deptford, NJ 08093

Social Security No.:
    xxx−xx−9325

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 29, 2026.

Dated: January 29, 2026
JAN: har

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Richard T. Huesser

    Debtor

Case No. 25-11150-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Huesser, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| aty | + | Farha Ahmed, 174 Nassau Street,Suite 313, Princeton, NJ 08542-7005 |
| aty | + | Vincent Aprile, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, #202, Fairfield, NJ 07004-2927 |
| 520541380 | | DiMarino Kroop Prieto GI Associates PA, 26 East Red Bank Avenue, Woodbury, NJ 08096-1611 |
| 520541382 | + | Gloucester County Probation, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 520541383 | + | Gloucester County Prosecutor's Office, 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 520661137 | + | Kingdom RCG Evergreen Fund Series I, LLC, c/o WALDMAN & KAPLAN, P.A., 174 Nassau Street, Suite 313, Princeton, NJ 08542-7005 |
| 520541390 | + | Limosa, LLC, 3611 South Harbor Boulevard, #100, Santa Ana, CA 92704-7915 |
| 520542003 | + | Nancy Molina, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520542004 | + | Terri Fisherkeller, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520799301 | + | Township of West Deptford, Tax Collector's Office, 400 Crown Point Road, Thorofare, NJ 08086-2124 |
| 520542005 | + | Victoria Rudnicki, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520541374 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 29 2026 21:10:34 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520636156 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 29 2026 21:10:45 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520541375 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 21:10:36 | Ashley Funding Services, LLC, 355 South Main Street, Suite 300-A, Greenville, SC 29601-2923 |
| 520541376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2026 21:10:53 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520541377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 29 2026 21:10:34 | Capital One Auto Finance, PO Box 165028, Irving, TX 75016-5028 |
| 520548359 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 29 2026 21:10:35 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520541378 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 29 2026 21:08:00 | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 520541379 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 29 2026 21:08:00 | Credit Collection Services, 725 Canton Street, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Norwood, MA 02062-2679 |
| 520541381 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 29 2026 21:10:35 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520541384 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 21:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520541385 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 21:08:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520541386 | ^ MEBN | Jan 29 2026 21:01:51 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520541387 | Email/Text: govtaudits@labcorp.com | Jan 29 2026 21:07:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520541389 | Email/Text: LibertySOP@cscglobal.com | Jan 29 2026 21:07:00 | Liberty Mutual Insurance Co, 175 Berkeley Street, Boston, MA 02116 |
| 520541388 | ^ MEBN | Jan 29 2026 21:02:12 | Land Home Financial Services, Inc., 3611 South Harbor Boulevard, Suite 100, Santa Ana, CA 92704-7915 |
| 520541391 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 29 2026 21:08:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520949554 | Email/Text: Bankruptcy_Notices@navient.com | Jan 29 2026 21:07:00 | Navient Solutions - PTN, PO Box 8004, Fishers, IN 46038 |
| 520541392 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 29 2026 21:10:53 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520541394 | + Email/Text: bankruptcy@pseg.com | Jan 29 2026 21:06:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 520541393 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 29 2026 21:07:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 520541395 | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 21:07:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520548146 | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 21:07:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520541396 | + Email/Text: ngisupport@radiusgs.com | Jan 29 2026 21:07:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 520541397 | ^ MEBN | Jan 29 2026 21:02:16 | Receivable Management Services, LLC, 12755 Highway 55, Suite 300, Plymouth, MN 55441-4676 |
| 520541398 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 21:10:36 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520541399 | + Email/Text: nlorenz@bankofmissouri.com | Jan 29 2026 21:07:00 | The Bank of Missouri, 216 West 2nd Street, Dixon, MO 65459-8048 |
| 520541400 | + Email/Text: bankruptcydepartment@tsico.com | Jan 29 2026 21:08:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 520801601 | + Email/Text: RASEBN@raslg.com | Jan 29 2026 21:07:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520802600 | + Email/Text: bkteam@selenefinance.com | Jan 29 2026 21:07:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, Selene Finance LP 75019-6295 |
| 520802599 | + Email/Text: bkteam@selenefinance.com | Jan 29 2026 21:07:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 520541401 | Email/Text: EDBKNotices@ecmc.org | Jan 29 2026 21:06:00 | US Department of Education, PO Box 16448, |

District/off: 0312-1                        User: admin                              Page 3 of 3

Date Rcvd: Jan 29, 2026                     Form ID: plncf13                         Total Noticed: 46

                                                                  Saint Paul, MN 55116-0448

520541402          +  Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com
                                                    Jan 29 2026 21:06:00    Verizon, 500 Technology Drive, Suite 550,
                                                                            Weldon Spring, MO 63304-2225


TOTAL: 34


# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520641691 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address


# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                    Signature:          /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Farha Ahmed | on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC farha@dwaldmanlaw.com |
| Levi Chaimowitz | on behalf of Creditor U.S. Bank Trust National Association chamo549@gmail.com |
| Rex J. Roldan | on behalf of Debtor Richard T. Huesser roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor Kingdom RCG Evergreen Fund Series I  LLC vaprile@raslg.com |
| Vincent Alexander Aprile | on behalf of Creditor U.S. Bank Trust National Association vaprile@raslg.com |

TOTAL: 10